EXHIBIT 11



welo grandFather

mom

Me

grand FAther   Malik



god mom lisA

mom