# EXHIBIT 14

NYC Department of Juvenile Justice
SEEDS @ Passages Academy-Summit NSD School
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal         William Pratt, School Coordinator
Phone: (718) 861-2003                    Phone: (718) 861-0623

## EDUCATION /BEHAVIOR PERFORMANCE REPORT

Student's Name: Melvin Colon     Subject: All day     Date: 2/5/08

### STRENGTHS

- (✓) Gets along with peers/teachers
- (✓) Shows respect toward peers/teachers
- ( ) Initiates assisting in the classroom
- (✓) Participates in classroom activities
- ( ) Completes assignments
- (✓) Follows instructions
- ( ) Is cooperative and considerate towards the learning process
- ( )* Other _____

### AREA OF GROWTH

- ( ) Initiates physical aggressiveness towards teachers
- ( ) Verbally abusive toward peers/teachers
- ( ) Complains excessively of illness
- ( ) Fails to participate in classroom activities
- ( ) Fails to complete assignments
- ( ) Fails to follow instructions
- ( ) Highly disruptive, interferes with the learning process
- ( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary: Resident was on task

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: _____     FACILITY: Mandela

******* IMPORTANT *******

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: _____     FACILITY: New View

Your signature below confirms that you have received this information:

Director's Signature: (print) _____ (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

Thank you for your cooperation.