# EXHIBIT 15

New View

**NYC Department of Juvenile Justice**
**SEEDS @ Passages Academy-Summit NSD School**
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal          William Pratt, School Coordinator
Phone: (718) 861-2003                     Phone: (718) 861-0623

## EDUCATION /BEHAVIOR PERFORMANCE REPORT

Student's Name: Melvin Colon     Subject: All     Date: 2-11-08

### STRENGTHS

(✓) Gets along with peers/teachers
(✓) Shows respect toward peers/teachers
(✓) Initiates assisting in the classroom
(✓) Participates in classroom activities
(✓) Completes assignments

(✓) Follows instructions
(✓) Is cooperative and considerate towards the learning process

( )* Other _____

### AREA OF GROWTH

( ) Initiates physical aggressiveness towards teachers
( ) Verbally abusive toward peers/teachers
( ) Complains excessively of illness
( ) Fails to participate in classroom activities
( ) Fails to complete assignments
( ) Fails to follow instructions
( ) Highly disruptive, interferes with the learning process
( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary:* Melvin shows alot of respect to staff and teachers. He learns from his mistakes

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: Elloy Cassell     FACILITY: NewBridge

******** *IMPORTANT* ********

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: Jasmine Ortiz     FACILITY: New View

Your signature below confirms that you have received this information:

Director's Signature: (print) _____ (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

*Thank you for your cooperation.*

25

NYC Department of Juvenile Justice
SEEDS @ Passages Academy-Summit NSD School
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal                William Pratt, School Coordinator
Phone: (718) 861-2003                           Phone: (718) 861-0623

## EDUCATION /BEHAVIOR PERFORMANCE REPORT

Student's Name: Melvin Colon     Subject: All      Date: 2-11-08

### STRENGTHS

( ) Gets along with peers/teachers
( ) Shows respect toward peers/teachers
( ) Initiates assisting in the classroom
( ) Participates in classroom activities
( ) Completes assignments

( ) Follows instructions
( ) Is cooperative and considerate towards the
   learning process

( )* Other _____

### AREA OF GROWTH

( ) Initiates physical aggressiveness
   towards teachers
( ) Verbally abusive toward peers/teachers
( ) Complains excessively of illness
( ) Fails to participate in classroom
   activities
( ) Fails to complete assignments
( ) Fails to follow instructions
( ) Highly disruptive, interferes with the
   learning process

( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary: Melvin participated in all subjects and was very helpful. Keep up the good work — (x)

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: Ms. Baptiste     FACILITY: Lutheran

******** IMPORTANT ********

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: Jasmine Ortiz     FACILITY: New View

Your signature below confirms that you have received this information:
Director's Signature: (print) KIMARA DAWSON    (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

Thank you for your cooperation.



# PASSAGES ACADEMY - SUMMIT
SYDNEY BLAIR, PRINCIPAL          ZULMA ORTIZ, ASST. PRINCIPAL

## OBSERVATION/PPT REQUEST

Student's Name: **Colon Melvin**   Group Home: **New View**   Date: **2/11/08**

Teacher's Name: _____ Subject Class: _____ Period: _____

Circle the number that most accurately reflects your assessment of each statement. Use the box for any specific comments

This student...

| | | | Statement | | | |
|---|---|---|---|---|---|---|
| Emphatic no | 1 | 2 | Has a positive attitude toward school — **3** | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Participates alertly and daily in classroom activities — **3** | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Always completes his/her assignments — **3** | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Cooperates with and shows respect toward peers — **3** | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Cooperates with and shows respect toward adults — **3** | 4 | 5 | resounding yes |
| Emphatic no | 1 | 2 | Is a distraction to others in the class — **3** | 4 | 5 | resounding yes |

Comment (write an anecdotal if a special situation exists):
**Melvin is making good effort in my math class. and he is well behave.**

Initial measures taken to remediate the above situation before requesting ppt.
- Individual conference with student
- Requested DJJ counselor school liaison to intervene
- Changed student's seat
- Called case worker at house
- Called parent

Teacher's Signature: _____   Social Worker's Signature: _____

_Zulma Ortiz-Schimmeyer A.P._

Coordinator' Signature: _____

PPT requested (circle)   yes   no

Preparation or administration periods available _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Follow up (Social worker gives brief description regarding any meetings, counseling sessions or interventions with student or student's case worker _____

Group Home Case-Manager's Corrective Actions: _____

Case Manager: **Jasmine Ortiz**   Facility: **New View**   Date: **2/18/08**   28

Return by fax @ (718) 861-2039 ASAP