UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                   :

        -against-                                        :       11 Cr. 576 (WHP)

EARL PIERCE                                             :       <u>ORDER</u>

                Defendant.       :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-28-15
```

WILLIAM H. PAULEY III, United States District Judge:

        In accordance with the decision of the Second Circuit, the parties are directed to provide resentencing submissions for defendant Earl Pierce. Defense counsel shall file their submission by December 7, 2015. The Government's submission is due December 14, 2015. The Court will hold a sentencing conference on December 18, 2015 at 4:00 P.M.

Dated: October 27, 2015
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of Record:*
Nola Heller, Esq.
Adam Fee, Esq.
U.S. Attorney's Office, SDNY
 *Counsel for Government*

Florian Miedel, Esq.
 *Counsel for Defendant*