UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      11-cr-576 (PKC)

                                                    16-cv-7618(PKC)
                                                    16-cv-4879(PKC)
                                                    18-cv-2412(PKC)

            -against-                                          <u>ORDER</u>

NATHANIEL FLUDD, ENRIQUE BRITO and
EARL PIERCE,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        It appears to the undersigned that there are open motions by defendants Nathaniel Fludd (Doc 583), Enrique Brito (Doc 583, 584, 595) and Earl Pierce (Doc 639, 647) to vacate, modify or set aside a sentence under 28 U.S.C.§ 2255, to amend their motions under 28 U.S.C.§ 2255 and/or for other relief.

        By December 2, 2021, the government shall update the Court on the status of the above motions, including any case law developments bearing on their outcome. By January 5, 2022, defendants may respond.

        SO ORDERED.

                                                                     P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
       November 2, 2021