

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2022

Application GRANTED.
SO ORDERED.
Dated:  9/26/2022

P. Kevin Castel
United States District Judge

**By ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Earl Pierce*, Nos. 11 Cr. 576, 18 Civ. 2412 (PKC)

Dear Judge Castel:

[The Government respectfully requests, with defense counsel's consent, that the deadline for the Government to respond to the defendant's letter dated July 12, 2022 (ECF No. 783), be adjourned, from September 30, 2022, to October 7, 2022.  Should the Court grant the Government's request, the Government consents to a corresponding adjournment of the defendant's deadline to file any reply from October 21, 2022, to October 28, 2022. ]

On September 20, 2022, the Government previously requested an adjournment of the Government's deadline to respond to the defendant's July 12, 2022 letter, which the Court granted, extending the Government's deadline from September 12, 2022, to September 30, 2022.

The Government makes this second request for an adjournment to obtain additional time for the Appeals Unit at the United States Attorney's Office to participate in responding to the defendant's July 12, 2022 letter.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                      By:     /s/ Daniel H. Wolf
                                              Assistant United States Attorney
                                              (212) 637-2337

cc:     Defense counsel (via ECF)