

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2024

**By ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated:  1/8/20224

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Re:   *United States v. Earl Pierce*,  No. 11 Cr. 576 (PKC)

Dear Judge Castel:

The Government respectfully requests that the deadline for the Government to respond to defendant Earl Pierce's motion for a reduction of sentence pursuant to 18 U.S.C. § 3852(c)(1)(A)(i) (ECF No. 848 (the "Motion")), be adjourned, *nunc pro tunc*, from December 1, 2023, to January 26, 2024.  Should the Court grant the Government's request, the Government consents to a corresponding adjournment of the defendant's deadline to file any reply from January 19, 2024, to March 15, 2024.

No prior request for an adjournment of the Government's deadline to respond to the Motion has been sought.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:   Earl Pierce, No. 65762-054
FCI Gilmer
Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351