UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      11-cr-576 (PKC)

      -against-

                                        <u>ORDER</u>

EARL PIERCE,

                Defendant.

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

On May 15, 2024, this Court granted a motion by Earl Pierce to reduce his sentence for extraordinary and compelling reasons. 18 U.S.C. § 3582(c)(1)(A)(i).  His sentence was reduced by 180 months from 540 months to 360 months imprisonment. (ECF 878)  The Court rejected his request for a time served sentence because the section 3553(a) factors weighed against it.  (ECF 878 at 20.) ("There remains a need for just punishment, to promote respect for law, to protect the public from further crimes of this defendant, and to deter others from committing similar crimes.")

Mr. Pierce now seeks a further reduction of his sentence for extraordinary and compelling reasons.  First, he cites his high blood pressure, high cholesterol, prediabetes, vitamin D deficiency and Iron deficiency. These are medical conditions that, even cumulatively, can be treated in a prison setting. Second, he cites a disparity with a sentence reduction granted to a co-defendant. Each such decision is unique to the particular defendant.  Without cataloguing all the differences, the co-defendant was 17 and one-half years old at the time the offense conduct

commenced, and Pierce makes no similar claim as to himself.    Neither of the cited reasons amounts to an extraordinary and compelling reason for a sentence reduction.

In addition, the section 3553(a) factors as balanced by this Court less than two years ago have not been shown to have materially changed.

The motion at ECF 933 is DENIED.

SO ORDERED.

Dated: New York, New York
April 8, 2026

P. Kevin Castel
United States District Judge